UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KELVIN COOLIDGE** *Plaintiff* <br><br> Vs. <br><br> **CAVALRY PORTFOLIO SERVICES LLC** <br> **THOMAS LAW OFFICES P LLC** <br> **ANNE M THOMAS** <br> **SAMSERV INC** <br> **DAVID L DALHEIM, ind, and d/b/a Strathmore Associates** <br><br> *Defendant* | **Notice of Voluntary Dismissal** <br><br> CASE 1:11-CV-0538 ( MAD/RDH) |

Albany County      }

New York State    } ss:

TO:     DEFENDANTS

**PLEASE TAKE NOTICE** that whereas this action was commenced by filing a summons and complaint on 5/12/11 and the defendants have not yet filed answer nor moved for summary judgment , the plaintiff, by his undersigned attorney, with this instrument , voluntarily dismisses this action on the merits with prejudice as to each.

DATED:     August 2, 2011

*s/ Anthony J Pietrafesa*

**ANTHONY J PIETRAFESA ( 102368)**
*Attorney for the Plaintiff*
210 Bell Court
Schenectady NY 12303
518.218.0851
fax: 518.514.1241
ajp@ajp1law.com