### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

**KELVIN COOLIDGE**

*Plaintiff*

Vs.

**CAVALRY PORTFOLIO SERVICES  LLC**
**THOMAS LAW OFFICES P LLC**
**ANNE M THOMAS**
**SAMSERV INC**
**DAVID L DALHEIM, ind, and d/b/a**
**Strathmore Associates**

*Defendant*

ORDER/
**Notice of Voluntary Dismissal**

CASE 1:11-CV-0538 ( MAD/RDH)

Albany County           }

New York State      } ss:

TO:     DEFENDANTS

**PLEASE TAKE NOTICE**  that whereas  this action was commenced by filing a summons and complaint on 5/12/11 and the defendants have not yet filed answer nor moved  for summary judgment , the plaintiff, by his undersigned attorney,  with this instrument , voluntarily dismisses this action on the merits with prejudice as to each.

DATED:       August 2, 2011

*s/ Anthony J Pietrafesa*

### ANTHONY J PIETRAFESA ( 102368)
*Attorney for the Plaintiff*
210 Bell Court
Schenectady NY 12303
518.218.0851
fax: 518.514.1241
ajp@ajp1law.com

IT IS SO ORDERED:

Mae A. D'Agostino
U.S. District Judge

Dated:   August 3, 2011
Albany, NY